427 A.2d 1193

Commonwealth v. Palmer, Appellant.

Submitted September 13, 1979. Patrick J. Flannery, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.